**Dismissed and Opinion Filed September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01054-CV**

**RETAIL SERVICES WIS CORPORATION D/B/A PRODUCT
CONNECTIONS, JOHN JASON GRAMLING, NATHAN STOUT,
AMANDA VILLA, KATHERINE PALMER, CASEY KING, AND
JAMES ROSE, Appellants**
**V.**
**CROSSMARK, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

Before the Court is appellants' unopposed voluntary motion to dismiss, which asks that we dismiss the appeal, with costs to be borne by each party as incurred by them, pursuant to a settlement agreement reached between the parties. The motion also asks that we lift the stay imposed by our March 10, 2021 order so the parties can dismiss the underlying litigation. We grant appellants' motion, lift the temporary stay imposed by our May 10, 2021 order, and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1). Subject to any agreement between the parties, each party will bear its own costs of appeal.

Having dismissed the appeal at appellant's request, our mandate will issue forthwith.

201054f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RETAIL SERVICES WIS
CORPORATION D/B/A PRODUCT
CONNECTIONS, JOHN JASON
GRAMLING, NATHAN STOUT,
AMANDA VILLA, KATHERINE
PALMER, CASEY KING, AND
JAMES ROSE, Appellants

No. 05-20-01054-CV    V.

CROSSMARK, INC., Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-05122-
2020.
Opinion delivered by Justice
Molberg. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**. Subject to any agreement between the parties, it is **ORDERED** that each party to bear its own costs of the appeal.

Judgment entered this 21st day of September, 2021.